**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-21169-RAR**

**OSCAR HERRERA**,

    Plaintiff,

v.

**PERRY ELLIS MENSWEAR, LLC**,
*d/b/a PERRY ELLIS*,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    **THIS CAUSE** comes before the Court upon the parties' Joint Stipulation for Dismissal *with Prejudice*, [ECF No. 10] ("Stipulation"), filed on May 9, 2024. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

    **ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida, this 9th day of May, 2024.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**
